# EXHIBIT 1

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A backlight module, comprising: | The Accused Products include a backlight module.<br>For example, the images below show the Samsung Galaxy Book4 laptop and its product listing.<br><br><br><br><br>https://www.bestbuy.com/product/samsung-galaxy-book4-15-6-fhd-laptop-intel-core-7-16gb-memory-512gb-ssd-silver/J3ZYG2TPS5 |
| [a] a light guide plate comprising a light entering | The Accused Products include a light guide plate comprising a light entering surface.<br>For example, the image below shows the light guide plate and its light entering surface. |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| surface; |  |
| [b] an illumination device opposite to the light guide plate, the illumination device comprising a supporting member, and at least one light emitting diode formed at the | The Accused Products include an illumination device opposite to the light guide plate. The illumination device comprises a supporting member and at least one light emitting diode formed at the supporting member and electrically connected to the supporting member.<br>For example, the images below show the illumination device opposite the light guide plate, including the supporting member carrying the light emitting diodes. On information and belief, the light emitting diodes are formed at, and electrically connected to, the supporting member, which |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| supporting member and electrically connected to the supporting member; and | carries the electrical traces that power them.<br><br> |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| |  |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| |  |
| [c] two reflection sheets integrally formed with both the supporting member and the light guide plate, one of the reflection sheets directly covering a part of a top side of the light guide plate adjacent to the light entering surface, and the other of the | The Accused Products include two reflection sheets. On information and belief, the reflection sheets are integrally formed with both the supporting member and the light guide plate, consistent with the assembled structure of the backlight module at its light-entry edge. One of the reflection sheets directly covers a part of a top side of the light guide plate adjacent to the light entering surface, and the other of the reflection sheets directly covers a part of a bottom side of the light guide plate adjacent to the light entering surface.<br>For example, the images below show the two reflection sheets at the light entering surface, one covering a part of the top side and the other covering a part of the bottom side of the light guide plate. |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| reflection sheets directly covering a part of a bottom side of the light guide plate adjacent to the light entering surface. |  |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| |   |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| |  |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| | <br>Further, as shown in the image above and the image below, the backside of the second reflection sheet is reflective. The image below shows the reflective backside of the second reflection sheet, which sits above the light emitting diodes and the first reflection sheet at the light entering surface. |

**Exhibit 1 - U.S. Patent No. 7,445,368**

| Claim Language | Accused Products |
|---|---|
| |  |