# EXHIBIT 2

**Exhibit 2 - U.S. Patent No. 7,760,278**

| Claim Language | Accused Products |
| --- | --- |
| [pre] 1. A liquid crystal panel comprising: | The Accused Products include a liquid crystal panel.<br><br>For example, Samsung's product page describes the Samsung 24'' S30GD Monitor as a 24-inch Monitor with an IPS Panel, which uses a liquid crystal display panel.<br><br><br>https://www.samsung.com/us/business/monitors/flat/24-s30gd-business-essential-monitor-with-ips-panel-and-tilt-only-stand-100hz-refresh-rate-sku-ls24d304ganxza/ |
| [a] a thin film transistor (TFT) substrate, which comprises a common electrode and a ground electrode; | The Accused Products include a TFT substrate. On information and belief, the TFT substrate comprises a common electrode and a ground electrode, as addressed at element [e] below.<br><br>See the cross-section images at elements [b] and [c] below, identifying the TFT substrate opposite the CF substrate. On information and belief, the substrate is a TFT substrate comprising thin film transistors that drive the pixels of the panel. |
| [b] a color filter (CF) substrate opposite to the | The Accused Products include a CF substrate opposite to the TFT substrate. On information and belief, the CF substrate comprises a conductive layer formed thereat. |

**Exhibit 2 - U.S. Patent No. 7,760,278**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td>TFT substrate, the CF substrate comprising a conductive layer formed thereat;</td><td>For example, the image below of a cross-section of the panel identifies the CF layer opposite the TFT substrate, with the liquid crystal layer between them.<br><br></td></tr>
<tr><td>[c] a liquid crystal layer sandwiched between the TFT and the CF substrates; and</td><td>The Accused Products include a liquid crystal (LC) layer sandwiched between the TFT and CF substrates.<br><br>For example, the image below shows the liquid crystal (LC) layer sandwiched between the TFT substrate and the CF layer.</td></tr>
</table>

**Exhibit 2 - U.S. Patent No. 7,760,278**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td></td><td>


The diagram below illustrates the structure of a TFT LCD, in which the liquid crystal layer is sandwiched between the TFT glass substrate and the color filter substrate:</td></tr>
</table>

**Exhibit 2 - U.S. Patent No. 7,760,278**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td></td><td>Structure of a TFT LCD<br>
<br>https://www.orientdisplay.com/knowledge-base/tft-basics/how-does-tft-displays-work/</td></tr>
<tr><td>[d] a sealant provided between the TFT substrate and the CF substrate at a peripheral region of the TFT substrate and the CF substrate;</td><td>The Accused Products include a sealant provided between the TFT substrate and the CF substrate at a peripheral region of the TFT substrate and the CF substrate.<br><br>For example, the images below identify the sealant at the peripheral region of the TFT substrate.</td></tr>
</table>

**Exhibit 2 - U.S. Patent No. 7,760,278**

| Claim Language | Accused Products |
| --- | --- |
| |   |

**Exhibit 2 - U.S. Patent No. 7,760,278**

| Claim Language | Accused Products |
| --- | --- |
| | The image below shows the organic sealant material (shown in red) at the peripheral region.<br>IMG1   C-K  <br>The image below identifies the sealant between the peripheral region of the CF substrate and the peripheral region of the TFT substrate. |

**Exhibit 2 - U.S. Patent No. 7,760,278**

| Claim Language | Accused Products |
|---|---|
| |  |
| [e] wherein the conductive layer is adjacent to the liquid crystal layer and does not cover the peripheral region of the CF substrate,<br><br>the common electrode is adjacent to the liquid crystal layer,<br><br>the ground electrode is formed at the peripheral region of the TFT substrate | On information and belief, the Accused Products satisfy this limitation.<br>On information and belief, the conductive layer is adjacent to the liquid crystal layer and does not cover the peripheral region of the CF substrate.<br><br>On information and belief, the common electrode is adjacent to the liquid crystal layer; the ground electrode is formed at the peripheral region of the TFT substrate and is generally adjacent to the common electrode; and the common electrode and the ground electrode are insulated from each other via a groove.<br><br>On information and belief, the sealant encloses the conductive layer and the common electrode therein and covers the ground electrode. The images at element [d] above identify the sealant at the |

**Exhibit 2 - U.S. Patent No. 7,760,278**

| Claim Language | Accused Products |
|---|---|
| and is generally adjacent to the common electrode,<br><br>the common electrode and the ground electrode are insulated from each other via a groove, and<br><br>the sealant encloses the conductive layer and the common electrode therein and covers the ground electrode. | peripheral region of the panel between the substrates. The sealant delaminated from the TFT substrate during disassembly; on information and belief, in the assembled panel the sealant sits directly on the underlying peripheral-region structures of the TFT substrate, consistent with the carbon elemental map at element [d]. |