# EXHIBIT 3

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A display device, comprising: | The Accused Products are display devices. For example, Samsung's product page describes the Samsung G3 G30D gaming monitor:<br><br><br>https://www.samsung.com/us/business/monitors/gaming/24-inch-odyssey-g3-g30d-fhd-180hz-1ms-gaming-monitor-with-ergonomic-stand-sku-ls24dg302enxza<br><br>The image below shows the Samsung G3 G30D monitor. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |  |
| [a] a display panel; | The Accused Products include a display panel. For example, the image below shows the display panel. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |   |
| [b] a circuit board electrically connected to the display panel and having at least one fixing portion; and | The Accused Products include a circuit board electrically connected to the display panel and having at least one fixing portion. For example, the image below shows the circuit board, its connection to the display panel, and a fixing portion (the through-hole that receives the protruding portion of the lamp cover, as shown below). |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |  |
| [c] a backlight module disposed at one side of the display panel, wherein the backlight module comprises: | The Accused Products include a backlight module disposed at one side of the display panel. For example, the image below shows the backlight module disposed on the backside of the display panel. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
| --- | --- |
| |   |
| [d] at least one light source; | The backlight module comprises at least one light source. For example, the image below shows the light source. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |  |
| [e] a lamp cover having an inner surface and an outer surface, wherein the at least one light source is at least partially surrounded by the inner surface; and | The backlight module comprises a lamp cover having an inner surface and an outer surface, and the light source is at least partially surrounded by the inner surface. For example, the images below show the outer surface of the lamp cover and the inner surface of the lamp cover, which at least partially surrounds the light source. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
| --- | --- |
| | <br> |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |  |
| [f] at least one protruding portion located at the outer surface and integrated with the lamp cover to serve as a fixing structure; wherein | The backlight module comprises at least one protruding portion located at the outer surface and integrated with the lamp cover to serve as a fixing structure. For example, the image below shows the protruding portion at the outer surface of the lamp cover. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |  |
| [g] the circuit board is disposed on the outer surface of the lamp cover; and | The circuit board is disposed on the outer surface of the lamp cover. For example, the image below shows the circuit board disposed on the outer surface of the lamp cover. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |  |
| [h] the at least one protruding portion is in contact with the at least one fixing portion for | The protruding portion is in contact with the fixing portion of the circuit board, constraining movements of the circuit board relative to the lamp cover. For example, the image below shows the protruding portion aligned with the fixing portion of the circuit board. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
| --- | --- |
| constraining movements of the circuit board relative to the lamp cover. | <br><br>The image below shows the protruding portion at the outer surface of the lamp cover, secured with a screw, and the circuit board. On information and belief, when the monitor is assembled, the protruding portion is received in, and in contact with, the fixing portion of the circuit board, constraining movements of the circuit board relative to the lamp cover. |

**Exhibit 3 - U.S. Patent No. 8,047,668**

| Claim Language | Accused Products |
|---|---|
| |  |