# EXHIBIT 4

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
|---|---|
| [pre] 1. An organic light emitting display device comprising: | The Accused Products are organic light emitting display devices. The Accused Products include the Samsung Galaxy Z Fold7, Galaxy Z Fold6, Galaxy Z Fold5, Galaxy Z Fold4, and Galaxy Z Fold3 and, on information and belief, the Samsung Galaxy Z Flip7 (together, the "Galaxy foldables"). The Samsung Galaxy Z Fold7 is used as the exemplar below.<br><br>Samsung's U.S. newsroom announcement for the Galaxy Z Fold7 describes the device and its displays: an 8.0-inch QXGA+ Dynamic AMOLED 2X Infinity Flex main display (2184 x 1968, 368ppi) and a 6.5-inch FHD+ Dynamic AMOLED 2X cover display:<br> |

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
|---|---|
| | |

**Galaxy Z Fold7**

| | | |
|---|---|---|
| **Display** | Main Screen | 8.0-inch QXGA+*<br>Dynamic AMOLED 2X<br>Infinity Flex Display (2184 x 1968), 368ppi<br>120Hz adaptive refresh rate (1~120Hz) |
| | | **Measured diagonally, Galaxy Z Fold7's Main Screen size is 8.0-inch in the full rectangle and 8.0-inch accounting for the rounded corners; actual viewable area is less due to the rounded corners.* |
| | Cover Screen | 6.5-inch FHD+<br>Dynamic AMOLED 2X Display<br>(2520 x 1080, 21:9), 422ppi<br>120Hz adaptive refresh rate (1~120Hz) |
| | | **Measured diagonally, Galaxy Z Fold7's Cover Screen size is 6.5-inch in a full rectangle and 6.5-inch accounting for the rounded corners. The actual viewable area is smaller due to the rounded corners and camera hole.* |
| **Dimension & Weight** | Folded | 72.8 x 158.4 x 8.9mm |
| | | **Thickness of Galaxy Z Fold7 when folded measured from top to bottom of the glasses of Galaxy Z Fold7.* |
| | Unfolded | 143.2 x 158.4 x 4.2mm |
| | | **The thickness of Galaxy Z Fold7 when unfolded does not include the frame of the Main Screen.* |

https://news.samsung.com/us/samsung-galaxy-z-fold7-raising-the-bar-for-smartphones/

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
|---|---|
| | See also https://www.samsung.com/us/smartphones/galaxy-z-fold7/. |
| [a] an active matrix substrate comprising an array of active elements disposed in an active region and a control circuit disposed in a peripheral region; | On information and belief, the Galaxy Z Fold7 display is an active-matrix OLED ("AMOLED") display panel comprising a substrate carrying an array of thin-film-transistor active elements in the display's active region and driving/control circuitry disposed in the surrounding peripheral region of the panel.<br><br>Samsung itself describes each display of the Galaxy Z Fold7 as a "Dynamic AMOLED 2X" display, i.e., an active-matrix OLED display. See https://news.samsung.com/us/samsung-galaxy-z-fold7-raising-the-bar-for-smartphones/.<br><br>Industry descriptions of the typical flexible OLED panel stack likewise begin with "[a]n active matrix using LTPS or IGZO or LTPO." See https://displaydaily.com/samsung-s-z-fold-3-thinning-innovations-could-make-all-flexible-oleds-brighter/.<br><br>On information and belief, as in other active-matrix OLED display panels, the driving/control circuitry of the panel is disposed in the peripheral (non-display) region of the active matrix substrate, outside the active region. |
| [b] a color filter substrate oppositely disposed to the active matrix substrate, comprising: | On information and belief, the Galaxy Z Fold7 display uses Samsung Display's polarizer-less panel technology, marketed as Eco²OLED™ and on-cell film ("OCF"), which Samsung Display states "is also referred to as Color Filter on Encapsulation (COE)" and "was first applied to foldable smartphones with the Galaxy Z Fold 3 in 2021." See https://global.samsungdisplay.com/31344.<br><br>On information and belief, in the COE architecture the color filter is formed on the panel's thin-film encapsulation, which is disposed over the OLED pixel array and opposite, and facing, the active matrix substrate. On information and belief, the color filter is carried on a color filter substrate oppositely disposed to the active matrix substrate.<br><br>Samsung Display's illustrations below contrast the conventional OLED stack, in which a separate polarizer layer sits over the OLED panel, with the Eco²OLED™/OCF stack, in which the separate polarizer is eliminated: |

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
| --- | --- |
| | <br><br>Samsung Display press release (Aug. 16, 2021) (Eco² OLED "eliminates the need for an additional polarizer layer"; "[a]vailable first to consumers as a foldable display" in the Galaxy Z Fold3), https://global.samsungdisplay.com/28402. |

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
|---|---|
| | <br>Samsung Display press release (Feb. 27, 2025), https://global.samsungdisplay.com/31344. |
| [c] color filter elements with different colors; | On information and belief, the panel's color filter comprises red, green, and blue color filter elements disposed over the corresponding red, green, and blue OLED sub-pixels.<br><br>Industry reports describe the COE/OCF technology in the Galaxy Z Fold line as follows: it "replaces the polarizer plate on OLED that blocks reflection with a color filter" (The Elec); it "applies black pixel define layer (BPDL) and color filter instead of polarizer" (UBI Research); and it uses "a color filter that is placed on top of the red, green and blue OLED sub-pixels" (Display |

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
|---|---|
| | Daily). See https://www.thelec.net/news/articleView.html?idxno=5173; https://en.ubiresearchnet.com/samsung-display-pol-less-oled/; https://displaydaily.com/samsung-s-z-fold-3-thinning-innovations-could-make-all-flexible-oleds-brighter/.<br><br>Samsung Display's OCF illustration above (element [b]) likewise depicts the red, green, and blue sub-pixel array of the OCF panel. |
| [d] a black matrix layer enclosing the color filter elements in a region corresponding to the active region; and | On information and belief, the color filter elements of the panel are enclosed by a black light-blocking matrix layer in the region corresponding to the active region of the panel.<br><br>Display Daily's report on Samsung Display's planned polarizer-less panel stack for the Galaxy Z Fold3 states that the polarizer is replaced with "a Black Pixel Defined Layer (PDL), a black matrix (BM[)] and a color filter," with the "color filter and black matrix to be patterned on top of the Y-OCTA layers." See https://displaydaily.com/samsung-s-z-fold-3-thinning-innovations-could-make-all-flexible-oleds-brighter/. The Elec likewise reports that "[t]he pixel define layer (PDL) is also replaced with a black PDL," and UBI Research reports that the technology "applies black pixel define layer (BPDL) and color filter instead of polarizer." See https://www.thelec.net/news/articleView.html?idxno=5173; https://en.ubiresearchnet.com/samsung-display-pol-less-oled/.<br><br>The Samsung Display-sourced cross-section below, published by Display Daily, depicts Samsung Display's conventional flexible OLED panel stack and shows a discrete black matrix ("BM") layer within the panel stack above the cathode and thin-film encapsulation ("TFE"); per the Samsung Display-sourced stack description above, in the polarizer-less COE stack the black matrix and color filter are instead patterned on top of the Y-OCTA (touch) layers over the encapsulation: |

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
| --- | --- |
| | <br>Display Daily (Apr. 5, 2021) (cross-section credited "Source: SDC"), https://displaydaily.com/samsung-s-z-fold-3-thinning-innovations-could-make-all-flexible-oleds-brighter/. |
| [e] an extension of the black matrix layer in a region corresponding to the peripheral region; | On information and belief, the black matrix layer of the panel extends beyond the active region into the region corresponding to the peripheral region of the panel, consistent with the light-blocking function of a black matrix at the border of the display and with Samsung Display's description of the COE panel-stacking structure as one that "eliminates the need for a polarizer while effectively blocking external light reflection." See https://global.samsungdisplay.com/31344. |
| [f] an array of OLED pixels interposed between the active matrix substrate and | On information and belief, the OLED pixel array of the panel is formed on the active matrix substrate and beneath the color filter substrate, and the OLED pixels are therefore interposed between the active matrix substrate and the color filter substrate on the active region. |

**Exhibit 4 - U.S. Patent No. 8,373,624**

| Claim Language | Accused Products |
|---|---|
| the color filter substrate on the active region, wherein each of the OLED pixels comprise an anode, an organic electroluminescent layer, and a cathode; | On information and belief, each OLED pixel of the panel comprises an anode, an organic electroluminescent layer, and a cathode, as in active-matrix OLED display panels generally. |
| [g] a first conductive component electrically connecting the control circuit and the extension of the black matrix layer; and | On information and belief, a first conductive component in the peripheral region of the panel electrically connects the control circuit of the active matrix substrate and the extension of the black matrix layer, consistent with the panel's delivery of power to the continuous cathode of the OLED pixel array through conductive structures in the peripheral region. |
| [h] a second conductive component electrically connecting the black matrix layer and the cathode. | On information and belief, a second conductive component of the panel electrically connects the black matrix layer and the cathode of the OLED pixels, consistent with the panel's delivery of power to the continuous cathode of the OLED pixel array. |