# EXHIBIT 5

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A display device, comprising: | The Accused Products are display devices. For example, Samsung's product page describes the Samsung G3 G30D gaming monitor:<br><br><br><br>https://www.samsung.com/us/business/monitors/gaming/24-inch-odyssey-g3-g30d-fhd-180hz-1ms-gaming-monitor-with-ergonomic-stand-sku-ls24dg302enxza<br><br>The image below shows the Samsung G3 G30D monitor. |

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
| --- | --- |
| |  |
| [a] a backlight module, including: a bottom frame; | The Accused Products include a bottom frame. For example, the image below shows the bottom frame.<br> |

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
| --- | --- |
| | |
| [b] a light guide, disposed above the bottom frame; | The Accused Products include a light guide disposed above the bottom frame. For example, the image below shows the light guide disposed above the bottom frame.<br><br> |
| [c] an optical film structure, disposed above the light guide; and | The Accused Products include an optical film structure disposed above the light guide. For example, the image below shows the optical films disposed above the light guide. |

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
|---|---|
| |   |
| [d] a top frame, covering a periphery of the optical film structure and covering a lateral side of the bottom frame, wherein the top frame includes: | The Accused Products include a top frame covering a periphery of the optical film structure and covering a lateral side of the bottom frame. For example, the image below shows the top frame covering a periphery of the optical film structure. |

**Exhibit 5 - U.S. Patent No. 8,956,033**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td></td><td>


The image below shows an edge and corner of the display module, with the top frame extending along and over the lateral side of the bottom frame, a portion of which remains visible beneath the top frame.</td></tr>
</table>

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
| --- | --- |
| |  |
| [e] a first board; and | The Accused Products include a first board. For example, the image below shows the first board of the top frame. |

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
| --- | --- |
| |  |
| [f] a second board connected to the first board and covering a lateral surface of the light guide; and | On information and belief, the Accused Products include a second board connected to the first board and covering a lateral surface of the light guide. For example, the image below shows the second board; on information and belief, the second board is connected to the first board and covers a lateral surface of the light guide. |

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
|---|---|
| |  |
| [g] a panel, disposed above the top frame, wherein the first board is disposed between the optical film structure and the panel. | The Accused Products include a panel disposed above the top frame, wherein the first board is disposed between the optical film structure and the panel. For example, the images below show the panel disposed above the top frame, and show the first board disposed between the optical film structure and the panel. |

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
|---|---|
| |  |

**Exhibit 5 - U.S. Patent No. 8,956,033**

| Claim Language | Accused Products |
| --- | --- |
| |  |