# EXHIBIT 6

**Exhibit 6 - U.S. Patent No. 9,000,425**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td>[pre] 1. An organic light emitting diode, comprising:</td><td>The Accused Product includes an organic light emitting diode.<br><br>For example, Samsung’s product page describes the Samsung Galaxy S24 with an AMOLED touch display:<br><br>



https://www.samsung.com/us/smartphones/galaxy-s24/</td></tr>
</table>

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
| --- | --- |
| |  |
| [a] a reflecting layer; | The Accused Product includes a reflecting layer.<br><br>For example, the image below shows a cross-section of the display panel, identifying the reflecting layer. |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
|---|---|
| | <br><br>The reflecting layer comprises titanium and aluminum, as shown in the images below: the Al K-series and Ti K-series maps show aluminum and titanium concentrated at the reflecting layer.<br>Al Kα1<br> |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
|---|---|
| | Ti Kα1<br> |
| [b] a resonance enhancing layer disposed on the reflecting layer; | The Accused Product includes a resonance enhancing layer disposed on the reflecting layer.<br><br>For example, the image below shows the resonance enhancing layer disposed on the reflecting layer (outlined in red). |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
| --- | --- |
| |  |
| [c] a first electrode disposed on the resonance enhancing layer, wherein the resonance enhancing layer is disposed between the reflecting layer and the first electrode; | The Accused Product includes a first electrode disposed on the resonance enhancing layer. The resonance enhancing layer is disposed between the reflecting layer and the first electrode.<br><br>For example, the image below shows the first electrode, the resonance enhancing layer, and the reflecting layer, with the resonance enhancing layer disposed between the reflecting layer and the first electrode. |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
|---|---|
| |   The images below show the anodes of the OLED pixels; the annotated image identifies an anode. |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
|---|---|
| |  |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
|---|---|
| |  |
| [d] an organic layer disposed on the first electrode; and<br><br>a second electrode disposed on the organic layer, wherein the organic layer is disposed between the first electrode and the second electrode, | The Accused Product includes an organic layer disposed on the first electrode and a second electrode disposed on the organic layer. The organic layer is disposed between the first and second electrodes.<br><br>For example, the image below shows the first electrode, the organic layer, and the second electrode, with the organic layer disposed between the first and second electrodes. |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
|---|---|
| |   The organic layer comprises carbon and oxygen, as shown in the images below, which show carbon and oxygen concentrated at the organic layer: |

**Exhibit 6 - U.S. Patent No. 9,000,425**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td></td><td>




Both electrodes comprise silver, as shown in the image below:
</td></tr>
</table>

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
| --- | --- |
| |  |
| [e] wherein a thickness of the resonance enhancing layer is in a range from 500 nm to 10 μm. | The thickness of the resonance enhancing layer is in a range from 500 nm to 10 μm.<br>For example, the image below shows that the resonance enhancing layer is approximately 4 μm thick, within the claimed range of 500 nm to 10 μm. |

**Exhibit 6 - U.S. Patent No. 9,000,425**

| Claim Language | Accused Products |
| --- | --- |
| |  |