# EXHIBIT 7

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A touch display apparatus, comprising: | The Accused Products include a touch display.<br><br>For example, Samsung's support documentation and parts listings describe the 24.2 cu. ft. French Door Refrigerator with Family Hub (model RF265BEAESR) and its 21.5-inch LCD touch display assembly (Samsung part DA82-02261W):<br><br><br><br>https://www.samsung.com/us/support/home-appliances/refrigerators/3-door-french-door/family-hub/<br><br><br><br>https://samsungparts.com/products/da82-02261w |
| [a] a display panel including a first substrate and a second substrate disposed | The Accused Products include a display panel including a first substrate and a second substrate disposed oppositely. The first substrate has a first side, the second substrate has a second side corresponding to the first side, and the first side is disposed beyond the second side. |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
|---|---|
| oppositely, wherein the first substrate has a first side, the second substrate has a second side corresponding to the first side, and the first side is disposed beyond the second side; | For example, the image below shows a cross-section identifying the first substrate, the second substrate disposed oppositely, and the touch panel above them.<br><br><br>The annotated image below identifies the first side of the first substrate and the second side of the second substrate, with the first side disposed beyond the second side. |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
| --- | --- |
| |  |
| [b] a touch panel, including a touch substrate, wherein the second substrate is disposed between the touch substrate and the first substrate, and the area of the touch substrate is less than or equal to that of the second substrate, wherein the touch substrate has a third side, and the second substrate has a side corresponding to the third side, and the third side is | The Accused Products include a touch panel with a touch substrate. The second substrate is disposed between the touch substrate and the first substrate, and the area of the touch substrate is less than or equal to that of the second substrate.<br><br>For example, the annotated image below identifies the touch panel and shows the second substrate disposed between the touch substrate and the first substrate. |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
|---|---|
| disposed beyond the side of the second substrate corresponding to the third side; and | <br>The annotated images below show the touch panel's width and the second substrate's width. On information and belief, the area of the touch substrate is less than or equal to that of the second substrate. |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
| --- | --- |
| |  <br>The touch substrate has a third side, and the second substrate has a side corresponding to the third side, and the third side is disposed beyond the side of the second substrate corresponding to the third side.<br><br>The annotated image below identifies the third side of the touch substrate and the corresponding side of the second substrate, with the third side disposed beyond it. |

**Exhibit 7 - U.S. Patent No. 9,436,305**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td></td><td>


The touch panel comprises conductive traces. For example, the images below show the conductive trace grid of the touch panel, and the Cu K-series line scan confirms the copper composition of the traces:

</td></tr>
</table>

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
| --- | --- |
| |   |
| [c] a buffer element disposed between the touch substrate and the first substrate and adjacent to the third side of the touch substrate, wherein the buffer element has a lengthwise direction, and along the lengthwise direction, the buffer element has a first length, the first substrate has a second length and the touch substrate has a third length, and the first length is less than or equal to the second length and is larger than or equal to the third length. | The Accused Products include a buffer element disposed between the touch substrate and the first substrate and adjacent to the third side of the touch substrate.<br><br>For example, the annotated image below identifies the buffer element disposed between the touch substrate and the first substrate, adjacent to the third side of the touch substrate. |

**Exhibit 7 - U.S. Patent No. 9,436,305**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td></td><td>

The buffer element has a lengthwise direction, and along the lengthwise direction, the buffer element has a first length, the first substrate has a second length and the touch substrate has a third length, and the first length is less than or equal to the second length and is larger than or equal to the third length.
The annotated photographs below identify the buffer element’s length (the first length), the first substrate’s length (the second length), and the touch substrate’s length (the third length). On information and belief, the first length is less than or equal to the second length and is larger than or equal to the third length. </td></tr>
</table>

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
|---|---|
| |  |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
|---|---|
| |  <br><br>The images below show the panel edge in profile, identifying the buffer element between the touch substrate and the first substrate. |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
| --- | --- |
| |  |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
| --- | --- |
| |  |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
|---|---|
| |  |

**Exhibit 7 - U.S. Patent No. 9,436,305**

| Claim Language | Accused Products |
|---|---|
| |  |