# EXHIBIT 8

**Exhibit 8 - U.S. Patent No. 9,632,236**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td>[pre] 1. A backlight module, comprising:</td><td>The Accused Product includes a backlight module. For example, Samsung’s product page describes the Samsung QN43QN70HAF as a 43-inch TV which includes a backlight module.<br>
<br>

<br>
https://www.samsung.com/us/tvs/qled-tv/43-inch-neo-qled-4k-qn70h-sku-qn43qn70hafxza/</td></tr>
</table>

**Exhibit 8 - U.S. Patent No. 9,632,236**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td></td><td>


<br>
Video
<table>
<tr><td>Picture Engine<br>NQ4 AI Processor</td><td>AI Picture<br>AI Customization</td><td>HDR (High Dynamic Range)<br>NQ HDR</td><td>HDR 10+<br>Yes (Adaptive)</td></tr>
<tr><td>AI Upscale<br>4K Upscaling</td><td>Contrast<br>Quantum Mini LED</td><td>Viewing Angle<br>Wide Viewing Angle</td><td>Micro Dimming<br>Supreme Mini LED Dimming</td></tr>
<tr><td>Contrast Enhancer<br>Contrast Enhancer</td><td>Motion Technology<br>Motion Xcelerator</td><td>Smart Calibration<br>Basic</td><td>Filmmaker Mode (FMM)<br>Yes</td></tr>
<tr><td>HDR Brightness Optimizer<br>Yes</td><td>Colour Booster<br>Colour Booster Pro</td><td>EyeComfort Mode<br>Yes</td><td></td></tr>
</table>
https://www.samsung.com/us/tvs/qled-tv/43-inch-neo-qled-4k-qn70h-sku-qn43qn70hafxza/
</td></tr>
<tr><td>[a] a light guiding plate having a first side surface and a second side surface;</td><td>The Accused Product includes a light guiding plate having a first side surface and a second side surface.<br><br>For example, the optical images below show the light guiding plate and its side surfaces.</td></tr>
</table>

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |   |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |  |
| [b] a plurality of light sources arranged along the second side surface of the light guiding plate; | The Accused Product includes a plurality of light sources arranged along the second side surface of the light guiding plate.<br><br>For example, the optical image below shows the light sources arranged along the second side surface of the light guiding plate. |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |  |
| [c] an optical film disposed above the light guiding plate; | The Accused Product includes an optical film disposed above the light guiding plate.<br><br>For example, the optical images below show the optical film disposed above the light guiding plate. |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |  |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |  |
| [d] a quantum dot enhancement film disposed between the light guiding plate and the optical film, wherein the quantum dot enhancement film comprises a first edge and a second edge, the first edge is adjacent to the first side surface of the light guiding plate, and the second edge is adjacent to the second side surface of the light guiding plate; and | The Accused Product includes a quantum dot enhancement film disposed between the light guiding plate and the optical film, wherein the quantum dot enhancement film comprises a first edge and a second edge.<br><br>For example, the optical images below show the quantum dot enhancement film disposed between the light guiding plate and the optical film. |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
| --- | --- |
| |  |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |     Samsung markets the QN43QN70HAF as a QLED (Quantum Dot) television. Samsung's Canadian product page for the same model (QN43QN70HAFXZC) states that its picture delivers "[v]ibrant and accurate colours amplified by Samsung's Quantum Dot sheet that delivers 100% colour volume," and |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| | Samsung's QLED buying guide states that "QLED TV is a Quantum Dot LED TV":<br><br><br>https://www.samsung.com/ca/tvs/qled-tv/qn70h-43-inch-neo-qled-4k-mini-led-smart-tv-qn43qn70hafxzc/<br><br><br>https://www.samsung.com/us/tvs/tv-buying-guide/what-is-qled-tv/ |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
| --- | --- |
| | On information and belief, the film disposed between the light guiding plate and the optical film is a quantum dot enhancement film comprising quantum dot material, consistent with Samsung's marketing of the QN43QN70HAF as a QLED (Quantum Dot) television incorporating Samsung's Quantum Dot sheet.<br><br>The first edge is adjacent to the first side surface of the light guiding plate, and the second edge is adjacent to the second side surface of the light guiding plate.<br><br> |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |   |
| [e] a frame disposed outside the light guiding plate, the frame having a first extension portion and a second extension portion, wherein the first extension portion covers the first edge of the quantum dot enhancement film, and the second extension portion covers the second edge of the quantum dot enhancement film, | The Accused Product includes a frame disposed outside the light guiding plate, the frame having a first extension portion and a second extension portion. The first extension portion covers the first edge of the quantum dot enhancement film, and the second extension portion covers the second edge of the quantum dot enhancement film.<br><br>For example, the optical image below shows the second extension portion of the frame covering the second edge of the quantum dot enhancement film. |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| | <br><br><br>For example, the optical image below shows the first extension portion of the frame covering the first edge of the quantum dot enhancement film. |

**Exhibit 8 - U.S. Patent No. 9,632,236**

| Claim Language | Accused Products |
|---|---|
| |  |
| [f] wherein a distance between an end of the first extending portion and the first edge of the quantum dot enhancement film is a first distance, a distance between an end of the second extension portion and the second edge of the | The distance between an end of the first extending portion and the first edge of the quantum dot enhancement film is a first distance, a distance between an end of the second extension portion and the second edge of the quantum dot enhancement film is a second distance, and the second distance is greater than the first distance.<br><br>For example, the annotated optical images below identify the first distance and the second distance. |

**Exhibit 8 - U.S. Patent No. 9,632,236**

<table>
<tr><th>Claim Language</th><th>Accused Products</th></tr>
<tr><td>quantum dot enhancement film is a second distance, and the second distance is greater than the first distance.</td><td>





On information and belief, the second distance is greater than the first distance, as shown in the images above and below.





</td></tr>
</table>